PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-
Fax. 973-645-3210
email: @usdoj.gov
(FLU:KJ)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

(FSH)

| UNITED STATES OF AMERICA, | HON. ~~ALFRED J. LECHNER~~ |
|---|---|
| *Plaintiff,* | *Criminal No.* 93-552-02 |
| v. | **ORDER FOR REMISSION OF FINE** |
| **KEVIN BISHOP,** | |
| *Defendant.* | |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Jordan Anger, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this 16th day of May, 2012,

ORDERED, that the balance of the fine imposed on May 23, 1994, in the amount of $1,975 is hereby remitted.

_____
~~ALFRED J. LECHNER~~ Hon. Faith S. Hochberg, USDJ
UNITED STATES DISTRICT JUDGE